Aetna Acceptance Company, appellee, v. J. N. Shampay, appellant. Gen. No. 33,337.

Opinion filed May 20, 1929.

B. M. Shaffner, for appellant. William S. Kleinman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

## SECOND DISTRICT.

Dorothy L. Brumbach, plaintiff in error, v. Illinois Power & Light Corporation, defendant in error. Gen. No. 7,928.

Opinion filed January 25, 1929. Rehearing denied June 18, 1929.

Gleim & Colwell and Butters & Butters, for plaintiff in error. Duncan & O'Connor, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

Sam Weisman, appellant, v. Charles Brady et al., appellees. Gen. No. 7,957.

Opinion filed January 31, 1929. Rehearing denied June 18, 1929.

Connelly, Weld, Walker, Searle & Crampton, Sweeney, Eagle & McNamara, for appellants. J. B. & J. L. Oakleaf, for appellees. Charles Brady and Fred H. Railsback. Kenworthy, Dietz, Shallberg, Harper & Bennett, for appellee Otto Hill.

Mr. Presiding Justice Jones delivered the opinion of the court.

Arthur F. Filkins, appellant, v. Louis Mueller, Mayor of the City of Peoria et al.; appellees. Gen. No. 7,929.

Opinion filed February 15, 1929. Rehearing denied June 18, 1929.

Geo. B. Sucher and Geo. J. Jochem, for appellant. Harry C. Heyl, Corporation Counsel and Robert E. Kavanaugh, City Attorney, for appellees.

Mr. Justice Jett delivered the opinion of the court.